

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00265-CV

---

Graham's Last Chance South, LLC and Robert W. Graham, Appellants

v.

Aspen Operating Company, LLC and Rubicon Energy, L.P., Appellees

---

On Appeal from the 112th District Court
Crockett County, Texas
Trial Court No. 23-09-08296-CV

---

## MEMORANDUM OPINION

On July 2, 2026, Appellants Graham's Last Chance South, LLC and Robert W. Graham filed a notice of appeal from the trial court's judgment, but they have neither paid the appellate filing fees nor established a right to proceed without payment of costs. *See* Tex. R. App. P. 5, 20.1; *see also* Tex. Gov't Code §§ 51.207, 51.208, 51.851(b), 51.941(a); Order Regarding Fees Charged

in the Supreme Court, in Civil Cases in the Courts of Appeals, Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024).

Under the Texas Rules of Appellate Procedure, the fees for appealing to a court of appeals are due at the time a notice of appeal is presented for filing. *See* Tex. R. App. P. 5. On July 8, 2026, the Clerk of this Court notified Appellants that this appeal could be dismissed if they failed to pay the filing fees by July 18, 2026. The Clerk further notified Appellants that the failure to comply with a Texas Rule of Appellate Procedure, an order of this Court, or a notice from the Clerk requiring a response within a specified time could result in dismissal of this appeal.

Because Appellants neither paid the filing fees nor otherwise responded to the Clerk's notice, we dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c).


LISA J. SOTO, Justice

July 24, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

2